IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-cv-354 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| REAL PROPERTY KNOWN AS 9397 RIDINGS BOULEVARD, CENTERVILLE, OHIO 45458, | : : | |
| Defendant. | : | |

## ORDER EXTENDING UNITED STATES' TIME TO FILE OR AMEND COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

This matter is before the Court on the motion of the United States, as authorized by 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file or amend a complaint for forfeiture against $523,567.43, which represents the remaining net proceeds from the sale of real property located at 9397 Ridings Boulevard, Centerville, Ohio ("the Property") and/or to obtain an indictment alleging that the Property is subject to forfeiture.

The United States has reached an Agreement with George Helms, who has filed a claim to the Property in a nonjudicial civil forfeiture proceeding with the Federal Bureau of Investigation ("FBI"), to extend the United States' time to file or amend a complaint for forfeiture and/or to obtain an indictment alleging forfeiture from July 29, 2019, to October 28, 2019.

The United States having represented to the Court as follows.

1. All of the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to be sent by the FBI to interested parties has been sent.

2. The time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E).

3. George Helms filed a claim in a nonjudicial civil forfeiture proceeding with the FBI on February 28, 2019, to the Property.

4. A separate claim, that was filed with respect to $116,785.32 of the sale proceeds from the real property by R Boulevard Properties, LLC on behalf of Towne Construction Services and Scott Richardson; Finney Law Firm, LLC; and Faulkner & Tepe, LLP, has been resolved through settlement.

5. No other person or entity has filed a claim to the Property as required by law in the nonjudicial civil forfeiture proceeding.

The Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the Property and/or to obtain an indictment alleging that the Property is subject to forfeiture based upon agreement of the parties.

THEREFORE, IT IS HEREBY ORDERED THAT the date by which the United States is required to file or amend a complaint for forfeiture against the Property and/or to obtain an indictment alleging that the Property is subject to forfeiture is extended to October 28, 2019.

SO ORDERED:

Dated: 7-29-19

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WALTER H. RICE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE