# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-cv-354 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| REAL PROPERTY KNOWN AS 9397 RIDINGS BOULEVARD, CENTERVILLE, OHIO 45458, | : | |
| Defendant. | : | |

## ORDER UNSEALING COMPLAINT AND ENTIRE CASE

IT IS HEREBY ORDERED that the Complaint and the entire case, which were sealed by Order of this Court on October 29, 2018, be unsealed by the Clerk of Courts.

Date: 3-26-20

WALTER H. RICE
UNITED STATES DISTRICT JUDGE